# NO. 12-13-00004-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANDREW W. HOLLAND AND WIFE, SYLVIA A. HOLLAND, APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW #1* |
| *PAULA SHEFFIELD, APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants have filed a joint motion to dismiss this appeal with prejudice. In their motion, the parties state that all matters in controversy have been settled to the satisfaction of all parties and the parties do not wish to pursue the appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed with prejudice***.

Opinion delivered March 13, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 13, 2013**

**NO. 12-13-00004-CV**

**ANDREW W. HOLLAND AND WIFE, SYLVIA A. HOLLAND**,
Appellants
V.
**PAULA SHEFFIELD**,
Appellee

---

Appeal from the County Court at Law #1
of Angelina County, Texas. (Tr.Ct.No. 15982)

---

THIS CAUSE came on to be heard on the joint motion of the Appellants to dismiss the appeal herein with prejudice, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed with prejudice**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*